1  Robert M. Merritt, CSBN 139983
   LAW OFFICES OF ROBERT M. MERRITT
2  555 University Avenue, Suite 137
   Sacramento, CA 95825
3  (916) 925-2200
4
   Attorneys for Plaintiff Deborah Doerfler-Casner
5

**FILED**

**MAR 20 2006**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
         DEPUTY CLERK

6  PLACER COUNTY COUNSEL'S OFFICE
7  David K. Huskey (SB #109329)
   175 Fulweiler Avenue
8  Auburn, CA 95603
   (530) 889-4044
9
10 Attorneys for Defendant COUNTY OF PLACER; DEPARTMENT OF PUBLIC WORKS

11
                            UNITED STATES DISTRICT COURT
12
                            EASTERN DISTRICT OF CALIFORNIA
13
                                SACRAMENTO DIVISION
14

15 | DEBORAH DOERFLER-CASNER,            Case No. CIV. S-03-1864 WBS KJM

16 |         Plaintiff,                  STIPULATION TO CONTINUE
                                         HEARING AND ORDER THEREON
17 |    v.

18 | COUNTY OF PLACER;
19 | DEPARTMENT OF PUBLIC WORKS,

20 |         Defendants.

21

22
           It is hereby stipulated between the parties hereto, by and through their attorneys of record,
23
   Robert M. Merritt and David K. Huskey, that defendants' Motion for Judgment on the Pleadings
24
   and Motion for Summary Judgment presently scheduled for hearing on April 3, 2006, at 1:30 p.m.,
25
   in Courtroom 5 before the Honorable William B. Shubb, may be continued to April 17, 2006, at
26
   1:30 p.m., in Courtroom 5 of the above-entitled court. The continuance is at the request of
27
28

plaintiff's counsel due to the fact that he was on vacation and out of the country from March 4 through March 12, 2006, and plaintiff's counsel requires additional time to prepare and file opposition papers.

Dated: March 16, 2006                     LAW OFFICES OF ROBERT M. MERRITT

/s/_____
Robert M. Merritt, Attorneys for Plaintiff Deborah Doerfler-Casner

Dated: March 16, 2006                     PLACER COUNTY COUNSEL'S OFFICE

/s/ DAVID K. HUSKEY

David K. Huskey, Attorneys for Defendants County of Placer, Department of Public Works

IT IS SO ORDERED.

Dated: 3/17/2006

Honorable William B. Shubb
Judge the United States District Court