1

2

3

4

5

6

7

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

10                        ----oo0oo----

11   DEBORAH DOERFLER-CASNER,
                                        NO. CIV. S-03-1864 WBS KJM
12          Plaintiff,

13      v.                              ORDER RE: EVIDENTIARY
                                        OBJECTIONS
14
     PLACER COUNTY DEPARTMENT OF
15   PUBLIC WORKS,

16          Defendant.

17

18                        ----oo0oo----

19          Before the court is defendant's motion for summary

20   judgment.  On April 10, 2006, defendant filed thirty-six

21   objections to statements in the declaration of plaintiff Deborah

22   Doerfler-Casner (submitted in opposition to defendant's motion)

23   and moved to strike the portions of this declaration to which it

24   objected.  Defendant's objections are made primarily on the

25   grounds that the statements at issue constitute inadmissable

26   personal opinions, contradict plaintiff's deposition testimony,

27   or are vague and ambiguous, conclusory, lacking in foundation,

28   argumentative, speculative, and/or irrelevant.  To rule on

                                1

1  defendant's motion for summary judgment, the court must first

2  decide these objections.  Accordingly, at the hearing currently

3  set for April 17, 2006, at 1:30 p.m., the court will hear only

4  the evidentiary objections.  The hearing on the motion for

5  summary judgment will be rescheduled for a later date after the

6  evidentiary objections have been resolved.

7            IT IS SO ORDERED.

8  DATED:  April 11, 2006

9

10

11            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                              2