UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

DEBORAH DOERFLER-CASNER,

    Plaintiff,               NO. CIV. 2:03-1864 WBS KJM

      v.                      ORDER

PLACER COUNTY DEPARTMENT OF
PUBLIC WORKS,

    Defendant.
                               /

----oo0oo----

        Pursuant to the Ninth Circuit's Memorandum, Doerfler-Casner v. Placer County Dep't of Pub. Works, No. 06-16881, 2009 WL 4826799 (9th Cir. Nov. 20, 2009), and Mandate (Docket No. 145), plaintiff's state law claims are hereby dismissed without prejudice.

        The Clerk is directed to enter judgment accordingly and close the case.

DATED:    January 22, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1